UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br>Petitioner,<br>v.<br>PEOPLE OF THE STATE OF CA,<br>Respondent. | Case No. 19-00427 BLF (PR)<br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at the California Men's Colony State Prison in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket No. 1.) Petitioner indicates that he is challenging a sentence imposed in the "U.S. District Court for the Central District of California," and provides case number "2:18-cv-05863-FMO-RAO." (*Id.*)

The Court notes that Petitioner filed two previous habeas actions which were transferred to the Central District. *See Barton v. People State of CA*, Case No. 18-01378 BLF (PR) (Docket No. 5); *Barton v. Superior Court*, Case No. 18-03964 BLF (PR) (Docket No. 4). The case number Petitioner references in this action, "2:18-cv-05863," is the case number assigned by the Central District of California to the first of those transferred habeas actions. *See Barton v. People State of CA*, Case No. 18-01378 BLF (PR), docket entry dated July 5, 2018. To the extent that Petitioner is attempting to appeal

a habeas matter in the Central District, he must do so in that district court.

In the interest of justice, the Court orders this case be **TRANSFERRED** to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: __February 11, 2019__

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\HC.19\00427Barton_transfer(CD).docx